UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| ANGELA WATSON, ET AL. | * | CIVIL ACTION NO. 12-2590 |
| VERSUS | * | JUDGE TOM STAGG |
| W.W.D., INC., d/b/a ACTION CENTRAL CABARET | * | MAG. JUDGE KAREN L. HAYES |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the plaintiffs' motion to conditionally certify this matter as a collective action pursuant to 29 U.S.C. § 216(b) on behalf of all current and former exotic dancers who worked at Action Central Cabaret from January 1, 2010, to the present, [doc. # 12] is hereby **GRANTED**. The defendant's merit-based arguments are not appropriately considered during the notice stage of the collective action. See Morales v. Thang Hung Corp., 2009 WL 2524601, at *3 (S.D. Tex. 2009). However, the defendants may properly raise the defenses in a subsequent motion to decertify or in a motion for summary judgment after further development of the record. See Pedigo v. 3003 South Lamar, LLP, 666 F.Supp.2d 693, 700 (W.D. Tex. 2009).

**IT IS FURTHER ORDERED** that plaintiffs' motion to authorize notice of the collective action [doc. # 12] is **DENIED**, without prejudice to the parties' obligation to re-submit a joint notice and consent form that tracks the format in Green v. The Plantation of Louisiana, LLC, Civil Action No. 10-0364 (W.D. La. 2010) [doc. #s 66 and 95] (see attached).

THUS DONE AND SIGNED this 9th day of May, 2013,

Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE